**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
——————————
www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                        415.522.2000

May 7th, 2008

Re:    MDL 06 – 1770 In Re: Wells Fargo Home Mortgage Overtime Pay Litigation

Title of Case                                             Case Number
Justine Bodmer v. Wells Fargo Bank N.A.              C.A. No. 2:08-74

Dear Sir/Madam:

    This is to advise you that the above entitled case has been transferred from the Middle District of Florida to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Marilyn Hall Patel.  We have given the action the individual case number **C08-2351 MHP**.

    Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

Simone Voltz

Simone Voltz
Deputy Clerk

cc: Counsel
        MDL