1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8   JUSTINE BODMER,                          No. C 08-02351 MHP

9            Plaintiff(s),                   **CLERK'S NOTICE**
                                             **(Scheduling Case Management Conference)**
10     v.

11  WELLS FARGO BANK,

12           Defendant(s).
                                    /

13

14          This case is hereby scheduled for a case management conference on **June 9, 2008, at 2:00**

15  **p.m.**, to be heard in conjunction with *MDL 07-1770 MHP In re Wells Fargo Home Mortgage*

16  *Overtime Pay Litigation*.  A Joint Case Management Statement is due ten days prior to the

17  conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

18  Management Statement on all defendants, and shall also serve a copy of this notice on all

19  defendants.

20

21                                          Richard W. Wieking
                                            Clerk, U.S. District Court
22

23

24  Dated:  May 14, 2008                     Anthony Bowser, Deputy Clerk to the
                                             Honorable Marilyn Hall Patel
25                                                      (415) 522-3140

26

27

28

United States District Court
For the Northern District of California