UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION | No. C-06-1770 EMC |
| THIS CASE RELATES TO ALL CASES _____/ | |
| JUSTINE BODMER, | No. C-08-2351 EMC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. _____/ | |

Previously, a clerk's notice was issued in this case requiring the filing of a case management conference statement. *See* Docket No. 10 (notice). No statement was filed by the due date. Subsequently, upon inquiry by the Court, counsel for Plaintiff represented that there is nothing further to pursue in this case such that it may be closed. To ensure that the record is clear, however, the Court issues this order to show cause.

More specifically, the Court orders the parties in the case to show cause why the case should not be dismissed with prejudice and terminated. A response to this order is necessary *only if* a party believes that the action should not be dismissed with prejudice and terminated. If counsel believes there is nothing to pursue, then it need not respond, and the lack of a response shall be deemed an admission that the case should in fact be dismissed with prejudice and closed.

**Any response to the order to show cause must be filed by November 23, 2011.**

If the Court receives no response to this order to show cause, then the case shall automatically be dismissed with prejudice and terminated, and the Clerk of the Court shall close the file in this case.

IT IS SO ORDERED.

Dated: November 7, 2011

_____
EDWARD M. CHEN
United States District Judge