UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTINE BODMER,

        Plaintiff,

    v.

WELLS FARGO BANK,

        Defendant.
_____/

No. C-08-2351 EMC

**ORDER DISMISSING CASE**

    Previously, the Court issued an order to show cause asking the parties why the case should not be terminated. The Court expressly stated that a failure to file a response would result in an automatic dismissal with prejudice. No party filed a response to the order to show cause. Accordingly, the Court hereby dismisses this action with prejudice and directs the Clerk of the Court to close the file in this case.

    IT IS SO ORDERED.

Dated: January 11, 2012

_____
EDWARD M. CHEN
United States District Judge